IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Fonville, Willie

Printed: 10/7/08

Case Number: 04 B 44998
Judge: Squires, John H
Filed: 12/7/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: October 2, 2008
Confirmed: February 16, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 9,000.00 |  |
| Secured: |  | 3,006.60 |
| Unsecured: |  | 2,833.92 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 459.48 |
| Other Funds: |  | 0.00 |
| Totals: | 9,000.00 | 9,000.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Melvin J Kaplan Esq | Administrative | 2,700.00 | 2,700.00 |
| 2. | Future Finance | Secured | 6,520.86 | 3,006.60 |
| 3. | Future Finance | Unsecured | 417.40 | 1,646.54 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 301.00 | 1,187.38 |
| 5. | Diagnostic Radiology | Unsecured |  | No Claim Filed |
| 6. | Black Expressions | Unsecured |  | No Claim Filed |
| 7. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 8. | NR Laboratories | Unsecured |  | No Claim Filed |
| 9. | Worldcom Wireless | Unsecured |  | No Claim Filed |
| 10. | SBC | Unsecured |  | No Claim Filed |
| 11. | Fingerhut Corporation | Unsecured |  | No Claim Filed |
| 12. | Swedish Covenant Hospital | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 9,939.26 | $ 8,540.52 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 60.00 |
| 3% | 22.50 |
| 5.5% | 122.65 |
| 5% | 25.25 |
| 4.8% | 52.80 |
| 5.4% | 64.80 |
| 6.5% | 111.48 |
|  | _____ |
|  | $ 459.48 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Fonville, Willie | Case Number:  04 B 44998 |
| | Judge:  Squires, John H |
| Printed:  10/7/08 | Filed:  12/7/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

